DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**27 MARCH 2003**

| No. 073P03<br><br>Case below:<br><br>155 N.C. App. 624 | American Woodland Indus., Inc. v. Tolson | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA01-1533)<br><br>2. Defs' (Secretary of Revenue and State of NC) Conditional PDR as to Additional Issues<br><br>3. Defs' (Forsyth, Franklin, Gaston, Gates, Graham, Granville, Green, Guilford, Halifax, Harnett, Haywood, Henderson, Hertford, Hoke, Hyde, Iredell, Jackson, Johnston, Jones, Lee, Lenoir, Lincoln, Macon, Martin, McDowell, Mecklenburg, Mitchell, Montgomery, Moore, Nash, Scotland and Wake Counties) Conditional PDR as to Additional Issues<br><br>4. Defs' (Alamance, Alleghany, Anson, Ashe, Avery, Beaufort, Bertie, Bladen, Brunswick, Buncombe, Burke, Cabarrus, Caldwell, Camden, Carteret, Caswell, Catawba, Chatham, Cherokee, Chowan, Clay, Cleveland, Columbus, Craven, Currituck, Dare, Davidson, Duplin, Durham and Edgecombe Counties) Conditional PDR as to Additional Issues | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed as Moot<br><br>4. Dismissed as Moot |
| No. 010PA03<br><br>Case below:<br><br>154 N.C. App. 512 | Atkins v. Kelly Springfield Tire Co. | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA01-1460)<br><br>2. Defs' Petition for Writ of Supersedeas | 1. Allow PDR as to Issues 1 and 2 only<br><br>2. Allowed |
| No. 085P03<br><br>Case below:<br><br>155 N.C. App. 637 | Bessemer City Express, Inc. v. City of Kings Mountain | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-41) | Denied |
| No. 092P03<br><br>Case below:<br><br>155 N.C. App. 161 | Blankenship v. Town & Country Ford, Inc. | 1. Def's (Town and Country Ford, Inc..) PDR Under N.C.G.S. § 7A-31 (COA02-191)<br><br>2. Plts' PDR Review as to Additional Issues | 1. Denied<br><br>2. Dismissed as Moot |
| No. 143A95-5<br><br>Case below:<br><br>Bertie County Superior Court | Bond v. State | 3. Petitioner's Second Amended Petition for Writ of Habeas Corpus | Denied<br>**03/04/03** |
| No. 076A03<br><br>Case below:<br><br>155 N.C. App. 353 | Brevorka v. Wolfe Constr., Inc. | 1. Plts' NOA (Dissent) (COA02-5)<br><br>2. Plts' PDR as to Additional Issues | 1. —<br><br>2. Denied<br><br>**Edmunds, J., recused** |